## 34755. GERSH v. PEACOCK.

FELTON, J. 1. An amended petition to collect only the principal of notes which provide for interest at a rate of 6% per month is good as against a general demurrer where it does not affirmatively appear that the plaintiff was engaged in the small-loan business. *Ellis* v. *Williams,* 56 *Ga. App.* 181, 182 (192 S. E. 491); *Craddock* v. *Woods,* 60 *Ga. App.* 377, 380 (3 S. E. 2d 924).

2. The fact that the violation of the usury laws is made a misdemeanor (Code, Ann., § 57-9901) does not alter or modify the civil law respecting usurious contracts. Code (Ann.) § 57-112; *Croom* v. *Jordan,* 20 *Ga. App.* 802 (2) (93 S. E. 538); *Citizens Bank of Rome* v. *Hoyt & Co.,* 25 *Ga. App.* 222 (102 S. E. 837).

The court did not err in overruling the general demurrer to the amended petition.

*Judgment affirmed. Sutton, C. J., and Quillian, J., concur.*

DECIDED OCTOBER 24, 1953.

*John H. Hudson, Jr., Walter LeCraw,* for plaintiff in error.

*J. Corbett Peek, Jr., Haas, Hurt & Peek,* contra.